# RUBIN, FIORELLA & FRIEDMAN LLP
ATTORNEYS AT LAW
630 THIRD AVENUE, 3RD FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL:  (212) 447-4632
E-MAIL:  Rgonzalez@rubinfiorella.com

November 15, 2012

**Via:** **ECF**

Honorable Patty Shwartz
United States District Magistrate Judge
District of New Jersey
Martin Luther King, Jr. Federal Building &
    U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    **Re:** Robert Koar v. Markel American Insurance Company, et al.
         **Index Num:** 12-cv-05043 (FSH)(PS)
         **Our File:** 625-24886

Dear Judge Shwartz:

    We represent defendant, **Markel American Insurance Company**, in the above admiralty matter.

    Per Your Honor's Order of **August 21, 2012**, a scheduling conference is set for **November 16, 2012**. We write to Your Honor to request adjournment of this conference.

    On **August 22, 2012**, the parties reached an amicable settlement on this matter and are currently working on completing the necessary releases, stipulation, and disbursements, to finalize this matter. We expect to be submitting a stipulation of dismissal in the near future.

    Therefore, we respectfully request a 30-day adjournment of the scheduled conference, to permit the parties to complete all necessary documents and submit a stipulation of dismissal for your consideration.

    This is the first request for adjournment on this matter.

Honorable Patty Shwartz
United States District Magistrate Judge
November 15, 2012
Page 2 of 2

      We have reached out to plaintiff's counsel, but have not been able to reach him to obtain his consent to this adjournment request.

      If you have any questions on this matter, please contact the undersigned or Gerard Greenberger, Esq., of this firm. Thank you for your attention to this matter.

                                 Very respectfully,

                                 Richard González

JEM/RG/bl

**Via:** **ECF**

      Frank N. DiMeo, Jr., Esq.
      ROSEN, SHAFER & DIMEO, LLP
      903 North Broad Street
      Woodbury, New Jersey 08096

RUBIN, FIORELLA & FRIEDMAN LLP